# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CAPITAL RESOURCES DEVELOPMENT COMPANY, LLC, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 19-377C (Filed: July 16, 2019) |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court is in receipt of the joint status report filed by the parties on July 15, 2019. ECF No. 15. The Court adopts the schedule proposed by the parties as follows:

| | |
|---|---|
| **August 9, 2019** | Defendant shall serve objections to Plaintiffs' claims, if any. |
| **August 30, 2019** | Plaintiffs shall file a response to Defendant's objections. |
| **September 13, 2019** | The parties will file a joint status report with the Court updating the Court on the status of the case and proposing a schedule for further proceedings. |

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge